IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

'17 DEC 28 PM 1:17

Anthony Brown
_____
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Judge Chris Craft
_____
_____

(Enter above the full name of the defendant
or defendants in this action.)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

Plaintiffs: _____
_____

Defendants: _____
_____
_____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____

      4. Name of judge to whom case was assigned: _____

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Revised 4/18/08

II.  Place of Present Confinement: _NOT CONFINED_

A. Is there a prisoner grievance procedure in the institution?
   Yes ( )  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)  No ( )

C. If your answer is Yes:
   1. What steps did you take? _Filed to the Board of Judicial Conduct_
   2. What was the result? _Case was dismissed by Chris Croft_

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Anthony Brown_
   Address _1761 Preston Street, Memphis, TN 38106_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant _Judge Chris Craft_ is employed as _Criminal Court Judge_ at _Shelby County Justice Center_

C. Additional Defendants: _N/A_

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

_I've been conspired against by Judge Lee Coffee and Judge Chris Craft. My Constitutional Rights have been violated and the Judges need to be dealt with soon as possible._

V.   Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have my case over turned and have Chris Craft removed from being a Judge for allowing Judge Lee Coffee to seal records and just turn them back over to the Clerks office so that they are made available to the public.

VI.   Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 22 day of December, 2017.

Anthony Brown
1761 Preston
562-8104
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08